John J. McLeod (SBN 174169)
Paul C. Hirst (SBN 234460)
McLEOD LAW GROUP, A.P.C.
701 B Street, Suite 1570
San Diego, California 92101
Telephone: (619) 236-9938
Facsimile: (619) 236-9943
E-Mail: jmcleod@mcleodlawgroup.com
E-Mail: pchirst@mcleodlawgroup.com

Attorneys for Plaintiffs,
WOODGRAIN MILLWORK, INC. and
WINDSOR WINDOW COMPANY

KEVIN G. McCURDY (SBN 115083)
ROBERT J. SCOTT, Jr. (SBN 151775)
McCURDY & FULLER LLP
565 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: robert.scott@mccurdylawyers.com

Attorneys for Defendant
WESCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODGRAIN MILLWORK, INC. an Oregon corporation; WINDSOR WINDOW COMPANY, an Idaho corporation;<br><br>Plaintiffs,<br>v.<br><br>WESCO INSURANCE COMPANY, a Delaware Corporation, et al.<br><br>Defendants. | CASE NO.: 3:15-cv-2500-DMS-KSC<br><br>**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

63282
- 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Local Rule 7.2 and the stipulation of Plaintiffs Woodgrain Millwork, Inc. and Windsor Window Company and Defendant Wesco Insurance Company, the parties, by and through their counsel of record, hereby jointly move this Court for an order dismissing the above-captioned action with prejudice. Each party shall bear its own attorney's fees and costs.

SO STIPULATED.

Dated: September 22, 2017          McCURDY & FULLER LLP

/s/ Robert J. Scott
ROBERT J. SCOTT, Jr.
Attorneys for Defendant WESCO
INSURANCE COMPANY

Dated: September 22, 2017          McLEOD LAW GROUP, A.P.C.

/s/ Paul C. Hirst
PAUL C. HIRST
Attorneys for Plaintiffs WOODGRAIN MILLWORK, INC. and WINDSOR WINDOW COMPANY

**IT IS SO ORDERED.**

DATED 10-12-17

UNITED STATES DISTRICT JUDGE